CLARKSON v. WESTERN ASSUR. CO. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Edward R. C. Clarkson against the Western Assurance Company.

PER CURIAM. Motion to amend judgment and order granted, upon payment by the defendant of $10 costs of this motion, and also upon the defendant's stipulating that the appellant may withdraw his appeal to the court of appeals at any time within 30 days, and, in case the plaintiff elects so to do, upon payment of the plaintiff's costs and disbursements in the court of appeals, and also upon condition that the defendant shall stipulate that, if the plaintiff elects to take a new trial, the plaintiff may be permitted to read from the stenographer's minutes taken on the last trial the evidence of any witness examined thereupon. See 53 N. Y. Supp. 508.

COBLE, Appellant, v. KESSELGRAU, Respondent. (Supreme Court, Appellate Term. July 6, 1900.) Action by Robert Coble against David Kesselgrau. From a judgment in favor of the defendant, plaintiff appeals. Reversed. Louis S. Finn, for appellant. Leopold W. Harburger, for respondent.

PER CURIAM. As it does not appear that the plaintiff knew what evidence the defendant would give in the replevin action, it cannot be said that it was incumbent upon him to call defendant as a witness in that action. Particularly is this so in view of the fact that the defendant had notice of the action, and could have presented himself for examination as a witness if he chose to do so. Attention is called to the fact that there was no evidence that the payment for counsel fee was a reasonable charge for a necessary expenditure. The judgment should have been in favor of the plaintiff. Judgment reversed, and new trial granted, with costs to appellant to abide the event.

COHN, Appellant, v. LEVIN, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Joseph M. Cohn, an infant, by Abraham B. Cohn, his guardian ad litem, against Jacob Levin. No opinion. Order affirmed, with $10 costs and disbursements.

COLBY, Respondent, v. PHELPS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Ernest B. Colby against Walter Phelps. No opinion. Judgment affirmed, with costs.

COMMERCIAL BANK v. BRANDT et al. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by the Commercial Bank against Catharina Brandt and others. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 63 N. Y. Supp. 1106.

COOK, Appellant, v. BRANDT et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 9, 1900.) Action by Julia Cook against Louis Brandt and another. No opinion. Judgment of the municipal court affirmed, with costs.

COUNTRY CLUB LAND ASS'N, Respondent, v. LOHBAUER, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by the Country Club Land Association against Frederick Lohbauer, individually, etc. G. S. Espenscheid, for appellant. C. D. Ingersoll, for respondent. No opinion. Reargument ordered.

COWLES, Respondent, v. BROWNE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department, June 5, 1900.) Action by Arthur B. Cowles against George W. Browne and another.

PER CURIAM. Judgment affirmed, with costs. All concur, except ADAMS, P. J., not voting.

CULLEN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. June 21, 1900.) Action by Frank Cullen against the Metropolitan Street-Railway Company. Judgment for plaintiff, and defendant appeals. Affirmed. Henry A. Robinson, for appellant. Lamb, Osborne & Petty, for respondent.

McCARTHY, J. We find that the record made below contains no error calling for reversal. Judgment and order appealed from are affirmed, with costs.

HASCALL, J., concurs.

CUMMINGS, Respondent, v. NARAMORE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by Charles J. Cummings against Stephen N. Naramore and another. No opinion. Judgment affirmed, with costs.

In re CURTIS. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) In the matter of Fred Curtis, as executor of William Curtis. No opinion. Order and decree affirmed, with costs against the executor personally.

DAY v. CARMICHAEL. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by George Day against Thomas Carmichael. No opinion. Motion denied, with $10 costs. See 62 N. Y. Supp. 142; 64 N. Y. Supp. 1151.

In re DEPARTMENT OF PUBLIC WORKS. In re ARCHER. (Supreme Court, Appellate Division, First Department. May 11, 1900.) In the matter of the department of public works. In the matter of one Archer. No opinion. Referee's report confirmed.

In re DEPARTMENT OF PUBLIC PARKS. In re WILSON. (Supreme Court, Appellate Division, First Department. June 15, 1900.) In the matter of the department of public parks. In the matter of one Wilson. No opinion. Motion to confirm report granted.